Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lydia Gonzales

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

LYDIA GONZALES,

                Plaintiff,

     vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:15-cv-06164-DFM

/~~PROPOSED~~/ ORDER OF
DISMISSAL

     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

     IT IS SO ORDERED.

DATE:   December 10, 2015

                                               _____

THE HONORABLE ~~JOHN E MCDERMOTT~~
DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: December 7, 2015          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY:_____
Lawrence D. Rohlfing
Attorney for Plaintiff Lydia Gonzales

-2-